

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-13-00707-CR

Julian Lawrence **NAVARRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-12-0325
Honorable Frank Follis, Judge Presiding

# O R D E R

We abated this appeal to the trial court for appointment of new appellate counsel. On March 17, 2014, the trial court clerk filed a supplemental clerk's record showing the trial court has appointed Ms. Susan Schoon to represent appellant in this appeal.

We REINSTATE this appeal on the Court's docket. Appellant's brief is due **thirty (30) days** from the date of this order.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court